No. 92–5828. MARTIN v. WIDENER UNIVERSITY SCHOOL OF LAW ET AL. Sup. Ct. Del. Motion of petitioner for reconsidera-

tion of order denying leave to proceed *in forma pauperis* [*ante*, p. 951] denied.